# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHAN ROSARIO, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 12-305 |
| MICHAEL HARLOW, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this __21ST__ day of __NOVEMBER__, 2012, upon careful and independent consideration of the petition for writ of habeas corpus, the parties' briefs, United States Magistrate Judge David R. Strawbridge's Report and Recommendation, and Petitioner's objections to the Report and Recommendation, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED** without an evidentiary hearing; and

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

                                                                          S/ ANITA B. BRODY  
                                                                          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: